UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA GODSEY,<br><br>                Plaintiff,<br><br>v.<br><br>KATHLEEN HAWK SAWYER, *et al.*,<br><br>                Defendants. | CASE NO. C19-1498 RSM<br><br>STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT |

      The parties, through their respective counsel, stipulate that Defendants' time to respond to the complaint shall be extended by thirty (30) days until December 19, 2019. The parties are currently pursuing settlement, and if successful, settlement would resolve this matter and make the need for Defendant's response to the answer unnecessary.

      For good cause, the parties stipulate to extending Defendants' time to respond to the Complaint until December 19, 2019.

//

Stipulated Motion and Order for Extension
C19-1498-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 18th day of November, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*/s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS#4666657
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:253-428-3800
E-mail: michelle.lambert@usdoj.gov
*Attorneys for Respondents*


*/s/Lisa Nowlin*
Lisa Nowlin, WSBA No. 51512
ACLU of Washington Foundation
901 5th Avenue, Suite 630
Seattle, Washington 98164
Tel: (206) 624-2184
lnowlin@aclu-wa.org
*Attorneys for Plaintiff*

Stipulated Motion and Order for Extension
C19-1498-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **ORDER**

The parties having so stipulated, IT IS SO ORDERED the Defendants' response to the complaint is due on December 19, 2019.

Dated this 20th day of November 2019.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Stipulated Motion and Order for Extension
C19-1498-RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970