UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA GODSEY,<br><br>　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN HAWK SAWYER, in her official capacity as Director of the Federal Bureau of Prisons, NICOLE C. ENGLISH, in her official capacity as Assistant Director of the Health Services Division of the Federal Bureau of Prisons,<br><br>　　Defendants. | Case No. 2:19-cv-01498<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

THIS MATTER having come before this Court by way of joint motion by Plaintiff and Defendants, and the Court being fully advised,

IT IS HEREBY FOUND, ORDERED, ADJUDGED AND DECREED THAT:

1. Neither this Order nor any aspect of the Settlement Agreement is to be construed or deemed an admission of liability, culpability, negligence, or wrongdoing on the part of the Defendants. Defendants specifically deny any liability.

2. This Court hereby dismisses this action without prejudice. The dismissal of the claims against Defendant is without prejudice to the rights of the Parties to enforce the terms of the Settlement Agreement and the rights of Plaintiff's Counsel to seek the payment of fees

ORDER RE JOINT MOTION - 1
Case No. 2:19-cv-01498

502311491 v1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

and costs.  Without affecting the finality of this Order, or the judgment to be entered pursuant hereto, in any way, the Court retains jurisdiction over the claims against the Defendants for purposes of resolving any disputes that may arise under the Settlement Agreement.

DATED this 3 day of December, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By

By  *s/Bart Freedman*
Bart Freedman, WSBA #14187
Todd Nunn, WSBA #23267
Christina A. Elles, WSBA #51594
925 4th Avenue #2900
Seattle, WA  98104
Telephone:  (206) 623-7580
Email: bart.freedman@klgates.com
       todd.nunn@klgates.com
       christina.elles@klgates.com


By:  *s/Lisa Nowlin*
Lisa Nowlin, WSBA No. 51512
AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 5th Ave, Suite 630
Seattle, WA 98164
(206)-624-2184
lnowlin@aclu-wa.org

*Attorneys for Plaintiff*

ORDER RE JOINT MOTION - 2
Case No. 2:19-cv-01498
502311491 v1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022