UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| MELISSA GODSEY, | Case No. 2:19-cv-1498-RSM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR FEES AND COSTS |
| v. | |
| KATHLEEN HAWK SAWYER, *et al.*, | |
| Defendants. | |

## **JOINT STIPULATION**

The Parties, by and through their counsel of record, hereby jointly STIPULATE AND AGREE to the following extensions concerning Plaintiff's Motion for Fees and Costs (Dkt. No. 23):

| **Deadline** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Defendants' filing of opposition papers | December 30, 2019 | January 27, 2020 |
| Plaintiff's filing of reply papers | January 3, 2020 | January 31, 2020 |
| Noting Dated | January 3, 2020 | January 31, 2020 |

On November 26, 2019, the Parties finalized a settlement agreement resolving this case, with the exception of the issue of attorneys' fees and costs. Dkt. No. 21, Ex. 1. On December 3, 2019, the Court entered the Parties' proposed order dismissing the case without prejudice and retaining jurisdiction to resolve disputes arising under the settlement. Dkt. No. 22. Plaintiff filed a motion for attorneys' fees and costs on December 17, 2019, with a noting date of January 3, 2020. Dkt. No. 23.

Defendants seek an extension to respond to Plaintiff's motion for two reasons. First, due to the holidays, many personnel, including counsel for Defendants will be out of the office, causing the December 30, 2019, response deadline to be inadequate. Second, and more importantly, both Parties have expressed that they are open to discussing settlement of fees and costs, which would obviate the need for Plaintiff's motion. However, Defendants will require additional time prior to engaging in settlement discussions as counsel will need to seek the appropriate settlement authorizations beforehand. As this is the only remaining issue in this case, there is good cause to grant the Parties' stipulated request because if settled, further briefing in regards to Plaintiff's motion would be unnecessary. Accordingly, the Parties request the extensions set forth above.

DATED this 20th day of December, 2019.

| AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION | BRIAN T. MORAN United States Attorney |
|---|---|
| _____ Lisa Nowlin, WSBA No. 51512 P.O. Box 2728 Seattle, Washington 98111 Tel: (206) 624-2184 lnowlin@aclu-wa.org *Attorneys for Plaintiff* | */s/Michelle R. Lambert* Michelle R. Lambert, NYS# 4666657 Assistant United States Attorney United States Attorney's Office 1201 Pacific Avenue, Suite 700 Tacoma, Washington 98402 Phone: 253-428-3824 Email: michelle.lambert@usdoj.gov *Attorney for Defendants* |

## ORDER

The parties having so stipulated and agreed and for good cause shown, it is SO ORDERED. The time to respond to Plaintiff's Motion for Fees and Costs (Dkt. No. 23) is as follows:

| Deadline | Old Deadline | New Deadline |
|---|---|---|
| Defendants' filing of opposition papers | December 30, 2019 | January 27, 2020 |
| Plaintiff's filing of reply papers | January 3, 2020 | January 31, 2020 |
| Noting Dated | January 3, 2020 | January 31, 2020 |

Dated this 27th day of December, 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE