UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA GODSEY,<br><br>                 Plaintiff,<br><br>       v.<br><br>KATHLEEN HAWK SAWYER, *et al.*,<br><br>                 Defendants. | Case No. 2:19-cv-1498-RSM<br><br>STIPULATION AND ORDER RENOTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS |

### **JOINT STIPULATION**

Pursuant to Local Civil Rule 7(l), the Parties, by and through their counsel of record, hereby jointly STIPULATE AND AGREE to renote the Plaintiff's motion for attorneys' fees and costs, Dkt. No. 23, from January 31, 2020, to February 7, 2020. Defendants initially filed a response to the motion on January 27, 2020 that was overlength. However, Defendants intend to file an amended response to Plaintiffs' motion curing this procedural defect. This additional time will provide Plaintiff with time to respond to the amended response.

//
//
//

STIPULATION AND ORDER
2:19-cv-01498-RSM- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 29th day of January, 2020.

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION | BRIAN T. MORAN<br>United States Attorney |
| */s/ Lisa Nowlin*<br>Lisa Nowlin, WSBA No. 51512<br>P.O. Box 2728<br>Seattle, Washington 98111<br>Tel: (206) 624-2184<br>lnowlin@aclu-wa.org<br>***Attorneys for Plaintiff*** | */s/Michelle R. Lambert*<br>Michelle R. Lambert, NYS# 4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: 253-428-3824<br>Email: michelle.lambert@usdoj.gov<br>***Attorney for Defendants*** |

**IT IS SO ORDERED** this 31st day of January 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
2:19-cv-01498-RSM- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970